UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10547

  KELITHA PERRY BANNISTER
  MATTHEW BANNISTER                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
  SSN XXX-XX-0118     SSN XXX-XX-4769

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/26/2006 and was confirmed 03/15/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 03/13/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GE CAPITAL AUTO FINANCIA | SECURED | 3900.00 | 257.42 | 1162.99 |
| GREATER SUBURBAN ACCEPTA | SECURED VEHIC | 6222.89 | 1058.03 | 2265.01 |
| ROUNDUP FUNDING LLC | UNSECURED | 860.55 | .00 | .00 |
| ALTA COLLEGES CHICAGO O | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SERVICE IN | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | 687.25 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITY CHICAGO DEPT OF REV | UNSECURED | 1400.02 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1053.94 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMPUCREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DAG FINANCIAL TRUST | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | 89.05 | .00 | .00 |
| PAMELA DOME MD SC | UNSECURED | NOT FILED | .00 | .00 |
| CAMEO ENDODONTICS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 434.36 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 416.36 | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MT SINAI HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| Z TEL COMMUNICATION INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS CRED B | UNSECURED | NOT FILED | .00 | .00 |
| RUSH OAK PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SURREY GRAND CROWNE RESO | UNSECURED | NOT FILED | .00 | .00 |
| THE NICK JR BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| TICKET TRACK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL | UNSECURED | 639.72 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 10547 KELITHA PERRY BANNISTER & MATTHEW BANNISTER

```
BENNIE W FERNANDEZ        DEBTOR ATTY      2,524.00                          .00
TOM VAUGHN                TRUSTEE                                        328.55
DEBTOR REFUND             REFUND                                             .00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,072.00

PRIORITY                                          .00
SECURED                                      3,428.00
      INTEREST                               1,315.45
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           328.55
DEBTOR REFUND                                     .00
                         ---------------     ---------------
TOTALS                   5,072.00            5,072.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/26/08                    /s/ Tom Vaughn
                            _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE